IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YOUNG SOON KIM and<br>IL JOO KIM,<br>    Plaintiffs,<br><br>v.<br><br>TD AMERITRADE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11 cv 6931<br><br>Judge Bucklo |

## ORDER

    This matter having come before this Court and the Court having been advised in the premises that all matters in controversy have been resolved between the parties, and by agreement of the parties:

    IT IS HEREBY ORDERED that this matter be and is dismissed with prejudice upon agreement of settlement between both parties. Further that this Court shall retain jurisdiction of this matter in the event that any party fails to execute any necessary document, fulfill any agreed to conditions, and/or pay the agreed settlement amount.


**SO ORDERED**

Dated: _10/23/2013_            Signed: _Elaine E. Bucklo_
                                                                   Honorable Bucklo